UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

FITZGERALD & ASSOCIATES, P.C.
649 Newark Avenue
Jersey City, NJ 07306
By: Sarah J. Crouch, Esq. (SC 1174)
Phone: 201-533-1100
Fax: 201-533-1111
Attorney for the Debtor

Order Filed on May 12, 2017 by
Clerk U.S. Bankruptcy Court
District of New Jersey

In Re:
XIOMARA RHEE PACHECO

Case No.: 17-15549
Chapter: 13
Judge: Sherwood

ORDER AUTHORIZING RETENTION OF

Emil Sours

The relief set forth on the following page is **ORDERED**.

DATED: May 12, 2017

Honorable John K. Sherwood
United States Bankruptcy Court

Upon the applicant's request for authorization to retain _____Emil Sours_____

as _____Real Estate agent_____, it is hereby ORDERED:

1. The applicant is authorized to retain the above party in the professional capacity noted.

   The professional's address is:   Eagle Nest Real Estate LLC
   
   16-18 Cottage Street
   
   Jersey City, NJ 07306

2. Compensation will be paid in such amounts as may be allowed by the Court on proper application(s).

3. If the professional requested a waiver as noted below, it is ☐ Granted  ☐ Denied.

   ☐ Waiver, under D.N.J. LBR 2014-2(b), of the requirements of D.N.J. LBR 2016-1.

   ☐ Waiver, under D.N.J. LBR 2014-3, of the requirements of D.N.J. LBR 2016-1 in a chapter 13 case. Payment to the professional may only be made after satisfactory completion of services.

4. The effective date of retention is the date the application was filed with the Court.

*rev.8/1/15*

2

United States Bankruptcy Court
District of New Jersey

In re:  
Xiomara Rhee Pacheco  
    Debtor

Case No. 17-15549-JKS  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2　　　User: admin　　　Page 1 of 1　　　Date Rcvd: May 12, 2017  
　　　　　　　　　　　　Form ID: pdf903　　Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 14, 2017.  
db　　　　　+Xiomara Rhee Pacheco,   58 Isabella Avenue, 1st Floor,    Bayonne, NJ 07002-4364

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 0

　　　　　***** BYPASSED RECIPIENTS *****  
NONE.　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 14, 2017　　　　　　　　　　　　　　　　Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 12, 2017 at the address(es) listed below:  
　　　　Denise E. Carlon    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION,not in its individual  
　　　　 capacity but soely as Trustee of OWS REMIC Trust 2015-1 dcarlon@kmllawgroup.com,  
　　　　 bkgroup@kmllawgroup.com  
　　　　Marie-Ann  Greenberg    magecf@magtrustee.com  
　　　　Michael R. Caruso    on behalf of Creditor    Continental Bank mcaruso@csglaw.com,   ecf@csglaw.com  
　　　　Nicholas  Fitzgerald    on behalf of Debtor Xiomara Rhee Pacheco nickfitz.law@gmail.com  
　　　　Sarah J. Crouch    on behalf of Debtor Xiomara Rhee Pacheco nickfitz.law@gmail.com,  
　　　　 nadiafinancial@gmail.com;r53165@notify.bestcase.com  
　　　　U.S. Trustee.    USTPRegion03.NE.ECF@usdoj.gov  
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 6