| |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>Caption in Compliance with D.N.J. LBR 9004-2(c)<br>CHIESA SHAHINIAN & GIANTOMASI PC<br>One Boland Drive<br>West Orange, New Jersey 07052<br>(973) 530-2012<br>Michael R. Caruso, Esq. (mcaruso@csglaw.com)<br>Frank Peretore, Esq. (fperetore@csglaw.com)<br>*Attorneys for Continental Bank* |

Order Filed on May 15, 2017 by
Clerk U.S. Bankruptcy Court
District of New Jersey

| | |
|---|---|
| In re:<br><br>XIOMARA RHEE PACHECO,<br><br>                Debtor. | Case No. 17-15549 (JKS)<br><br>Chapter 13<br><br>Honorable John K. Sherwood |

**ORDER GRANTING CONTINENTAL BANK: (I) RELIEF FROM THE
AUTOMATIC STAY, FOR "CAUSE", PURSUANT TO 11 U.S.C. § 362(d)(1) AND
WAIVING THE STAY OF FED. R. BANKR. P. 4001(a)(3); AND (II) SUCH
OTHER OR FURTHER RELIEF AS MAY BE APPROPRIATE.**

_____

The relief set forth on the following pages, numbered two (2) through three (3) is hereby

**ORDERED.**

**DATED: May 15, 2017**

_____
Honorable John K. Sherwood
United States Bankruptcy Court

6643197.1

| | |
|---|---|
| Debtor: | XIOMARA RHEE PACHECO |
| Case No.: | 17-15549 (JKS) |
| Caption of Order: | Order Granting Continental Bank: (I) Relief from the Automatic Stay, For "Cause", Pursuant to 11 U.S.C. § 362(d)(1) and Waiving the Stay of Fed. R. Bankr. P. 4001(a)(3); And (II) Such Other or Further Relief as May Be Appropriate. |

**THIS MATTER** having been presented to the Court by Chiesa Shahinian & Giantomasi PC, attorneys for Continental Bank, with proper and adequate notice having been given, for the entry of an Order granting it: (i) relief from the automatic stay, for "cause", pursuant to 11 U.S.C. § 362(d)(1) and waiving the stay of Fed. R. Bankr. P. 4001(a)(3); and (ii) such other or further relief as may be appropriate (the "**Motion**"); and the Court having considered the moving papers, opposition, if any, and arguments of counsel; and good and sufficient cause appearing for the granting of the relief as set forth herein,

**IT IS ORDERED** as follows:

1. Continental Bank's Motion is GRANTED as provided herein.

2. The automatic stay imposed by 11 U.S.C. § 362 is hereby terminated and vacated, as to Continental Bank, in order to permit Continental Bank to pursue any and all proceedings to foreclose and liquidate the mortgage lien and security interests it holds against Debtor's real and personal property located at 781 Avenue A, Bayonne (Hudson County), New Jersey (Block 141, Lot 22), including all collateral and improvements thereon (collectively, the "**Mortgaged Property**"), unfettered and unrestricted by Debtor's bankruptcy, under any chapter of the bankruptcy code, and without further order of this Court.

3. Continental Bank shall have the right to execute upon a foreclosure judgment against the Mortgaged Property at a sheriff's sale, or otherwise, without further order of this Court.

Debtor:             XIOMARA RHEE PACHECO
Case No.:           17-15549 (JKS)
Caption of Order:   Order Granting Continental Bank: (I) Relief from the Automatic Stay,
                    For "Cause", Pursuant to 11 U.S.C. § 362(d)(1) and Waiving the Stay of
                    Fed. R. Bankr. P. 4001(a)(3); And (II) Such Other or Further Relief as
                    May Be Appropriate.

---

4. The co-debtor stay of 11 U.S.C. § 1301(a) does not apply to Javier Pacheco as guarantor of the Continental Bank's commercial loan to the Debtor and/or to the pending action titled <u>Continental Bank, Plaintiff, v. Javier Pacheco, Defendant</u>, Superior Court of New Jersey, Law Division, Hudson County, HUD-L-317-17.

5. Debtor shall forthwith provide Continental Bank access to the entire Mortgaged Property (interior and exterior) for purpose of conducting inspections, obtaining appraisals, or performing other site assessments.

6. Nothing in this Order shall be deemed or construed as imposing on Continental Bank the status of a mortgagee-in-possession.

7. This Order is binding upon the Debtor, Debtor's creditors, the Office of the United States Trustee, the Chapter 13 Trustee and upon any subsequent trustee appointed in this case.

8. This Order shall be effective and enforceable immediately upon entry. Therefore, the stay provided for under Bankruptcy Rule 4001(a)(3) shall not apply.

9. Continental Bank's counsel shall serve a copy of this Order on the Debtor, Debtor's counsel, the Office of the United States Trustee, the Chapter 13 Trustee and any other party that has entered an appearance on the Motion.

United States Bankruptcy Court
District of New Jersey

In re:  
Xiomara Rhee Pacheco  
    Debtor

Case No. 17-15549-JKS  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 1     Date Rcvd: May 15, 2017  
                       Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 17, 2017.  
db            +Xiomara Rhee Pacheco,   58 Isabella Avenue, 1st Floor,   Bayonne, NJ 07002-4364

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                         TOTAL: 0

            ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 17, 2017                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 15, 2017 at the address(es) listed below:
          Denise E. Carlon    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION,not in its individual capacity but soely as Trustee of OWS REMIC Trust 2015-1 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
          Marie-Ann Greenberg    magecf@magtrustee.com  
          Michael R. Caruso    on behalf of Creditor    Continental Bank mcaruso@csglaw.com, ecf@csglaw.com  
          Nicholas Fitzgerald    on behalf of Debtor Xiomara Rhee Pacheco nickfitz.law@gmail.com  
          Sarah J. Crouch    on behalf of Debtor Xiomara Rhee Pacheco nickfitz.law@gmail.com, nadiafinancial@gmail.com;r53165@notify.bestcase.com  
          U.S. Trustee.    USTPRegion03.NE.ECF@usdoj.gov  
                                                                                          TOTAL: 6