

| UNITED STATES BANKRUPTCY COURT |
| --- |
| DISTRICT OF NEW JERSEY |

In Re:

Xiomara Rhee Pacheco
Debtor (s)

Case No.: __17-15549-JKS__

Chapter: __13__

Judge: __Sherwood__

# ORDER RESPECTING
## AMENDMENT TO SCHEDULE D, E/F, F, G, H
## OR LIST OF CREDITORS

The relief set forth on the following page is **ORDERED**.

Date: 5/23/17

/s/ Honorable John K. Sherwood
Judge, United States Bankruptcy Court

The Court having noted that the debtor filed an Amendment to Schedule __E/F__ or to the List of Creditors on __5/22/17__ that:

- ☐ Deletes a creditor or creditors
- ☐ Modifies a previously listed creditor or creditor information
- ☒ Adds a creditor or creditors
- ☐ Modifies the list of parties to contracts or leases
- ☐ Modifies the list of co-debtors

and for good cause shown, it is

ORDERED that the debtor must provide notice of the Amendment to the creditor(s) or party(s) who is being deleted or modified and to the trustee in the case, if any, not later than 14 days after the date of this Order.

It is further ORDERED that the debtor(s) must serve on added creditors, not later than 14 days after the date of this Order, the following:

1. A copy of the applicable *Notice of Chapter* __13__ *Bankruptcy Case,* and

2. In a Chapter 11 case:
   a) a copy of the last modified plan and disclosure statement, if any, and
   b) a copy of any order approving the adequacy of the disclosure statement and/or the scheduling of the plan for confirmation.

3. In a Chapter 12 or Chapter 13 case:
   a) a copy of the *Notice of Hearing on Confirmation of Plan*, if any, and
   b) a copy of the last modified plan that has been filed in the case.

It is further ORDERED that not later than 14 days after the date of this Order, the debtor(s) shall file the Local Form, *Certification of Service*, certifying compliance with the above requirements.

*rev.12/1/15*

United States Bankruptcy Court
District of New Jersey

In re:                                                                                      Case No. 17-15549-JKS
Xiomara Rhee Pacheco                                                                        Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2         User: admin              Page 1 of 1              Date Rcvd: May 23, 2017
                             Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 25, 2017.
db            +Xiomara Rhee Pacheco,    58 Isabella Avenue, 1st Floor,    Bayonne, NJ 07002-4364

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

    ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 25, 2017                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 23, 2017 at the address(es) listed below:
      Denise E. Carlon    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION,not in its individual
       capacity but soely as Trustee of OWS REMIC Trust 2015-1 dcarlon@kmllawgroup.com,
       bkgroup@kmllawgroup.com
      Marie-Ann Greenberg    magecf@magtrustee.com
      Michael R. Caruso    on behalf of Creditor    Continental Bank mcaruso@csglaw.com,    ecf@csglaw.com
      Nicholas Fitzgerald    on behalf of Debtor Xiomara Rhee Pacheco nickfitz.law@gmail.com
      Sarah J. Crouch    on behalf of Debtor Xiomara Rhee Pacheco nickfitz.law@gmail.com,
       nadiafinancial@gmail.com;r53165@notify.bestcase.com
      U.S. Trustee.    USTPRegion03.NE.ECF@usdoj.gov
                                                                                                                                                                                                                                                                         TOTAL: 6