UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Stern Lavinthal & Frankenberg LLC
105 Eisenhower Parkway - Suite 302
Roseland, NJ  07068
Telephone Number (973) 797-1100
Telecopier Number (973) 228-2679
Attorneys for Secured Creditor,
**Nationstar Mortgage LLC as servicer for U.S. BANK NATIONAL ASSOCIATION,not in its individual capacity but soely as Trustee of OWS REMIC Trust 2015-1**
By: Jeanette F. Frankenberg, Esq.

**Order Filed on July 25, 2017 by
Clerk U.S. Bankruptcy Court
District of New Jersey**

In Re:

**Xiomara Rhee Pacheco**

Debtor(s)

Case No.: **17-15549-JKS**
Chapter:  **13**
Hearing Date:
**07/13/2017 @ 11:00 AM**
Judge:  **John Sherwood**

## ORDER VACATING AUTOMATIC STAY

The relief set forth on the following pages, numbered two (2) through _____ is hereby **ORDERED**.

**DATED: July 25, 2017**

_____

Honorable John K. Sherwood
United States Bankruptcy Court

(Page 2)
Debtor:          Xiomara Rhee Pacheco
Case No.:        17-15549-JKS
Caption of Order: **Order Vacating Automatic Stay**

Upon the Motion of Nationstar Mortgage LLC as servicer for U.S. BANK NATIONAL
ASSOCIATION,not in its individual capacity but soely as Trustee of OWS REMIC Trust 2015-1,
on behalf of itself and its successors and/or assigns (hereinafter collectively "Secured Creditor"
and/or "Movant"), under Bankruptcy Code Section 362(d) for relief from the automatic stay as to
certain real property as hereinafter set forth, and for cause shown,

ORDERED as follows:

1.   The automatic stay of Bankruptcy Code Section 362(a) is vacated to permit the
movant its successors and/or assigns to institute or resume and prosecute to conclusion one or more
action(s) in the court(s) of appropriate jurisdiction to foreclose mortgage(s) held by the movant
upon the following:

Land and premises commonly known as **58 Isabella Avenue, Bayonne, NJ  07002**

2.   The movant may join the debtor and any trustee appointed in this case as defendants
in its foreclosure action(s) irrespective of any conversion to any other chapter of the Bankruptcy
Code.

The movant shall serve this Order on the debtor, any trustee and other party who entered
an appearance on the motion.

**201701667**

-12-

United States Bankruptcy Court
District of New Jersey

In re:
Xiomara Rhee Pacheco
            Debtor

Case No. 17-15549-JKS
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin          Page 1 of 1          Date Rcvd: Jul 25, 2017
                             Form ID: pdf903       Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 27, 2017.
db              +Xiomara Rhee Pacheco,   58 Isabella Avenue, 1st Floor,   Bayonne, NJ 07002-4364

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                    TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 27, 2017                        Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 25, 2017 at the address(es) listed below:
              Denise E. Carlon   on behalf of Creditor   U.S. BANK NATIONAL ASSOCIATION,not in its individual
               capacity but soely as Trustee of OWS REMIC Trust 2015-1 dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Jeanette F. Frankenberg   on behalf of Creditor   Nationstar Mortgage LLC as servicer for U.S.
               BANK NATIONAL ASSOCIATION,not in its individual capacity but soely as Trustee of OWS REMIC Trust
               2015-1 cmecf@sternlav.com
              Marie-Ann Greenberg   magecf@magtrustee.com
              Michael R. Caruso   on behalf of Creditor   Continental Bank mcaruso@csglaw.com,  ecf@csglaw.com
              Nicholas Fitzgerald   on behalf of Debtor Xiomara Rhee Pacheco nickfitz.law@gmail.com
              Sarah J. Crouch   on behalf of Debtor Xiomara Rhee Pacheco nickfitz.law@gmail.com,
               nadiafinancial@gmail.com;r53165@notify.bestcase.com
              U.S. Trustee.   USTPRegion03.NE.ECF@usdoj.gov
                                                                                  TOTAL: 7