**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**Marie-Ann Greenberg MAG-1284**
**Chapter 13 Standing Trustee**
**30 TWO BRIDGES ROAD**
**SUITE 330**
**FAIRFIELD, NJ  07004-1550**
**973-227-2840**

IN RE:

   XIOMARA RHEE PACHECO



Order Filed on August 18, 2017
by Clerk U.S. Bankruptcy Court
District of New Jersey

**Case No.:  17-15549JKS**

**Hearing Date:  8/10/2017**

**Judge:  JOHN K. SHERWOOD**

## INTERIM ORDER ON CONFIRMATION HEARING

The relief set forth on the following pages, numbered two (2)  is hereby ORDERED.

**DATED: August 18, 2017**

_____

Honorable John K. Sherwood
United States Bankruptcy Court

Case No.:  17-15549JKS

Caption of Order:      INTERIM ORDER ON CONFIRMATION HEARING

THIS MATTER having been scheduled before the Court on 08/10/2017 for a Hearing on Confirmation, and good sufficient cause having been shown, it is:

- ORDERED, that the Debtor must convert the Chapter 13 case to a Chapter 7 by 8/24/2017 or the case will be dismissed without further hearing or notice to debtor(s) and debtor's attorney; and it is further

- ORDERED, that if the Court's Docket does not reflect that a Notice of Conversion has been filed by the above referenced date, the instant Case shall be Dismissed without further Notice to Debtor or Debtor's Attorney.