| |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
| Marie-Ann Greenberg MAG-1284<br>Chapter 13 Standing Trustee<br>30 TWO BRIDGES ROAD<br>SUITE 330<br>FAIRFIELD, NJ  07004-1550<br>973-227-2840 |
| IN RE:<br><br>   XIOMARA RHEE PACHECO |

**Order Filed on August 18, 2017**
**by Clerk U.S. Bankruptcy Court**
**District of New Jersey**

Case No.:  17-15549JKS

Hearing Date:  8/10/2017

Judge:  JOHN K. SHERWOOD

### INTERIM ORDER ON CONFIRMATION HEARING

The relief set forth on the following pages, numbered two (2)  is hereby ORDERED.

DATED: August 18, 2017

_____
Honorable John K. Sherwood
United States Bankruptcy Court

Debtor(s):   XIOMARA RHEE PACHECO

Case No.:   17-15549JKS

Caption of Order:   INTERIM ORDER ON CONFIRMATION HEARING

---

    THIS MATTER having been scheduled before the Court on 08/10/2017 for a Hearing on Confirmation, and good sufficient cause having been shown, it is:

- ORDERED, that the Debtor must convert the Chapter 13 case to a Chapter 7 by 8/24/2017 or the case will be dismissed without further hearing or notice to debtor(s) and debtor's attorney; and it is further

- ORDERED, that if the Court's Docket does not reflect that a Notice of Conversion has been filed by the above referenced date, the instant Case shall be Dismissed without further Notice to Debtor or Debtor's Attorney.

United States Bankruptcy Court
District of New Jersey

In re:  
Xiomara Rhee Pacheco  
     Debtor

Case No. 17-15549-JKS  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2    User: admin    Page 1 of 1    Date Rcvd: Aug 18, 2017  
                 Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 20, 2017.  
db          +Xiomara Rhee Pacheco,    58 Isabella Avenue, 1st Floor,    Bayonne, NJ 07002-4364

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                    TOTAL: 0

           ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 20, 2017                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 18, 2017 at the address(es) listed below:

         Denise E. Carlon    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION,not in its individual capacity but soely as Trustee of OWS REMIC Trust 2015-1 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
         Jeanette F. Frankenberg    on behalf of Creditor    Nationstar Mortgage LLC as servicer for U.S. BANK NATIONAL ASSOCIATION,not in its individual capacity but soely as Trustee of OWS REMIC Trust 2015-1 cmecf@sternlav.com  
         Marie-Ann Greenberg    magecf@magtrustee.com  
         Michael R. Caruso    on behalf of Creditor    Continental Bank mcaruso@csglaw.com, ecf@csglaw.com  
         Nicholas Fitzgerald    on behalf of Debtor Xiomara Rhee Pacheco nickfitz.law@gmail.com  
         Sarah J. Crouch    on behalf of Debtor Xiomara Rhee Pacheco nickfitz.law@gmail.com, nadiafinancial@gmail.com;r53165@notify.bestcase.com  
         U.S. Trustee.    USTPRegion03.NE.ECF@usdoj.gov

                                                                                       TOTAL: 7