Form 148 – ntcdsmcs

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

          Case No.: 17−15549−JKS
          Chapter: 13
          Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Xiomara Rhee Pacheco
   58 Isabella Avenue, 1st Floor
   Bayonne, NJ 07002

Social Security No.:
   xxx−xx−3360

Employer's Tax I.D. No.:

**NOTICE OF ORDER DISMISSING CASE**

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 9/7/17.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: September 7, 2017
JAN: rah

                                        Jeanne Naughton
                                        Clerk

```
                    United States Bankruptcy Court
                         District of New Jersey
```

In re:                                                              Case No. 17-15549-JKS
Xiomara Rhee Pacheco                                                Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2        User: admin              Page 1 of 2         Date Rcvd: Sep 07, 2017
                            Form ID: 148             Total Noticed: 29

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 09, 2017.

```
db             +Xiomara Rhee Pacheco,    58 Isabella Avenue, 1st Floor,    Bayonne, NJ 07002-4364
r              +Emil Sours,    Eagle Nest Real Estate LLC,    16 Cottage Street,    Jersey City, NJ 07306-2833
cr             +Nationstar Mortgage LLC as servicer for U.S. BANK,    Stern, Lavinthal & Frankenberg, LLC,
                 105 Eisenhower Parkway, Suite 302,    Roseland, NJ 07068-1640
516840556      +Childrens Specialized Hospital,    150 New Providence Road,    Mountainside, NJ 07092-2590
516714831      +Ditech LLC,    2100 East Elliot Road, Bldg 94,    Tempe, AZ 85284-1806
516714835     ++NBT BANK NA,    52 SOUTH BROAD STREET,    NORWICH NY 13815-1699
               (address filed with court: NBT Bank,     Attn: Bankruptcy,    Po Box 351,    Norwich, NY 13815)
516714833      +Nationstar Mortgage LLC,    8950 Cypress Waters Blvd,    Coppell, TX 75019-4620
516714836      +Stern & Eisenberg,    Attorneys At Law,    1040 N Kings Highway Suite 407,
                 Cherry Hill, NJ 08034-1925
516841884      +U.S. BANK NATIONAL ASSOCIATION,    Nationstar Mortgage LLC,    PO Box 619096,
                 Dallas TX 75261-9096
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Sep 08 2017 01:21:35      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Sep 08 2017 01:21:33      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
cr             +E-mail/Text: bjones@cbankus.com Sep 08 2017 01:20:53      Continental Bank,
                 15 West South Temple,    Suite 420,    Salt Lake City, UT 84101-1514
cr             +EDI: RMSC.COM Sep 08 2017 01:03:00      Synchrony Bank c/o PRA Receivables Management, LLC,
                 PO BOX 41021,    Norfolk, VA 23541-1021
516714828      +EDI: CAPITALONE.COM Sep 08 2017 01:03:00      Capital One,
                 Attn: General Correspondence/Bankruptcy,    Po Box 30285,    Salt Lake City, UT 84130-0285
516714829      +E-mail/Text: bjones@cbankus.com Sep 08 2017 01:20:53      Continental Bank,
                 15 West South Temple. #420,    Salt Lake City, UT 84101-1514
516714830      +EDI: RCSFNBMARIN.COM Sep 08 2017 01:03:00      Credit One Bank Na,    Po Box 98873,
                 Las Vegas, NV 89193-8873
516831909       EDI: RESURGENT.COM Sep 08 2017 01:03:00      LVNV Funding LLC,    c/o Resurgent Capital Services,
                 PO Box 10587,    Greenville, SC   29603-0587
516714832      +EDI: RMSC.COM Sep 08 2017 01:03:00      Lowes.Synchrony Bank,    Attn: Bankruptcy,
                 Po Box 956060,    Orlando, FL 32896-0001
516903136      +EDI: MID8.COM Sep 08 2017 01:03:00      MIDLAND FUNDING LLC,    PO BOX 2011,
                 WARREN, MI 48090-2011
516714834      +EDI: NAVIENTFKASMSERV.COM Sep 08 2017 00:58:00      Navient,    Attn: Claims Dept,    Po Box 9500,
                 Wilkes- Barr, PA 18773-9500
516955343       EDI: PRA.COM Sep 08 2017 00:58:00      Portfolio Recovery Associates, LLC,
                 c/o Capital One Bank, N.a.,    POB 41067,    Norfolk VA 23541
516930066       EDI: Q3G.COM Sep 08 2017 01:03:00      Quantum3 Group LLC as agent for,    MOMA Funding LLC,
                 PO Box 788,    Kirkland, WA  98083-0788
516718253      +EDI: RMSC.COM Sep 08 2017 01:03:00      Synchrony Bank,    c/o of PRA Receivables Management, LLC,
                 PO Box 41021,    Norfolk, VA 23541-1021
516817486      +E-mail/Text: bncmail@w-legal.com Sep 08 2017 01:21:40      TD Bank USA, N.A.,
                 C O WEINSTEIN & RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
516714837      +EDI: WTRRNBANK.COM Sep 08 2017 01:03:00      Target / TD Bank,    Po Box 673,
                 Minneapolis, MN 55440-0673
516714838      +EDI: RMSC.COM Sep 08 2017 01:03:00      Toys R Us/Syncb,    Po Box 965064,
                 Orlando, FL 32896-5064
516866005      +EDI: AIS.COM Sep 08 2017 00:58:00      Verizon,    by American InfoSource LP as agent,
                 4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
516714839      +EDI: WFNNB.COM Sep 08 2017 01:03:00      Victoria Secret/Comenity Bank,    Attn: Bankruptcy,
                 Po Box 182125,    Columbus, OH 43218-2125
516714840      +EDI: RMSC.COM Sep 08 2017 01:03:00      Walmart/Synchrony Bank,    Attn: Bankruptcy,
                 Po Box 956060,    Orlando, FL 32896-0001
                                                                                              TOTAL: 20
```

```
              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0312-2          User: admin              Page 2 of 2            Date Rcvd: Sep 07, 2017
                              Form ID: 148             Total Noticed: 29
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 09, 2017                                      Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 7, 2017 at the address(es) listed below:

```
              Denise E. Carlon    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION,not in its individual
               capacity but soely as Trustee of OWS REMIC Trust 2015-1 dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Jeanette F. Frankenberg    on behalf of Creditor    Nationstar Mortgage LLC as servicer for U.S.
               BANK NATIONAL ASSOCIATION,not in its individual capacity but soely as Trustee of OWS REMIC Trust
               2015-1 cmecf@sternlav.com
              Marie-Ann Greenberg     magecf@magtrustee.com
              Michael R. Caruso     on behalf of Creditor    Continental Bank mcaruso@csglaw.com,   ecf@csglaw.com
              Nicholas  Fitzgerald    on behalf of Debtor Xiomara Rhee Pacheco nickfitz.law@gmail.com
              Sarah J. Crouch    on behalf of Debtor Xiomara Rhee Pacheco nickfitz.law@gmail.com,
               nadiafinancial@gmail.com;r53165@notify.bestcase.com
              U.S. Trustee.     USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 7
```