| |
|---|
| **UNITED STATES BANKRUPTCY COURT** <br> **DISTRICT OF NEW JERSEY** |
| **Marie-Ann Greenberg, MAG-1284** <br> **Marie-Ann Greenberg, Standing Trustee** <br> **30 TWO BRIDGES ROAD** <br> **SUITE 330** <br> **FAIRFIELD, NJ  07004-1550** <br> **973-227-2840** <br> **Chapter 13 Standing Trustee** |
| IN RE: <br><br>    XIOMARA RHEE PACHECO |

Order Filed on September 7,
2017 by Clerk U.S. Bankruptcy
Court District of New Jersey

Case No.:    17-15549 JKS

Chapter:    13


## ORDER OF DISMISSAL

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

**DATED: September 7, 2017**

Honorable John K. Sherwood
United States Bankruptcy Court

Debtor(s): XIOMARA RHEE PACHECO

Case No.: 17-15549

Caption of Order: Order of Dismissal

---

Upon the Debtor's failure to comply with the order entered on 08/18/2017 and for good cause shown, it is

ORDERED that this case is dismissed and any discharge that was granted is vacated. All outstanding fees to the Court are due and owing and must be paid within 5 days of the date of this Order.

Pursuant to Fed. R. Bankr.P.2002(f), the Clerk shall notify all parties in interest of the entry of this order.

Pursuant to 11 U.S.C. Sec. 349(b) this Court, for cause, retains jurisdiction over any additional application filed within 30 days by any administrative claimants for funds on hand with the Chapter 13 Trustee.

United States Bankruptcy Court
District of New Jersey

In re:  
Xiomara Rhee Pacheco  
      Debtor

Case No. 17-15549-JKS  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 1     Date Rcvd: Sep 07, 2017  
                      Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 09, 2017.  
db            +Xiomara Rhee Pacheco,     58 Isabella Avenue, 1st Floor,     Bayonne, NJ 07002-4364

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                            TOTAL: 0

             ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 09, 2017                                                      Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 7, 2017 at the address(es) listed below:
           Denise E. Carlon     on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION,not in its individual capacity but soely as Trustee of OWS REMIC Trust 2015-1 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
           Jeanette F. Frankenberg     on behalf of Creditor    Nationstar Mortgage LLC as servicer for U.S. BANK NATIONAL ASSOCIATION,not in its individual capacity but soely as Trustee of OWS REMIC Trust 2015-1 cmecf@sternlav.com  
           Marie-Ann Greenberg     magecf@magtrustee.com  
           Michael R. Caruso     on behalf of Creditor     Continental Bank mcaruso@csglaw.com, ecf@csglaw.com  
           Nicholas Fitzgerald     on behalf of Debtor Xiomara Rhee Pacheco nickfitz.law@gmail.com  
           Sarah J. Crouch     on behalf of Debtor Xiomara Rhee Pacheco nickfitz.law@gmail.com, nadiafinancial@gmail.com;r53165@notify.bestcase.com  
           U.S. Trustee.     USTPRegion03.NE.ECF@usdoj.gov  
                                                                                                            TOTAL: 7